1  Nicholas M. Gross (SBN 285403)
2  grossn@ballardspahr.com
   Ballard Spahr LLP
3  2029 Century Park East, Suite 800
   Los Angeles, CA 90067-2909
4  Telephone: 424.204.4357
5  Facsimile: 424.204.4350

6  *Attorneys for Defendant Diamond Resorts
   Hawaii Collection Development, LLC*
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  ANA B. GARCIA, | CASE NO.  2:19-cv-10168 |
| 11          Plaintiff, | **NOTICE OF REMOVAL** |
| 12          v. | (Pursuant to 28 U.S.C. § 1332 – Diversity) |
| 13  APPOLLO GLOBAL MANAGEMENT, INC.; LEON DAVID BLACK; SCOTT M. KLEINMAN; MARC JEFFREY ROWAN; DIAMOND RESORTS DEVELOPER AND SALES HOLDING COMPANY; DIAMOND RESORTS INTERNATIONAL CLUB, INC.; DIAMOND RESORTS INTERNATIONAL MARKETING, INC.; MICHAEL FLASKEY; JASON COHEN; JAMES MIKOLAICHIK; LILLIAN LUU; KEITH HOLMES; MICHAEL SHALMY; DIAMOND RESORTS IW RESORT OWNERSHIP U.S. CORPORATION; DIAMOND RESORTS IW TRADING COMPANY; DIAMOND IW VENTURES, INC.; DIAMOND RESORTS MANAGEMENT, INC., DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; DIAMOND RESORTS INTERNATIONAL FOUNDATION; DIAMOND RESORTS HAWAII COLLECTIONS DEVELOPMENT, LLC; DIAMOND RESORTS HAWAII COLLECTION MEMBERS ASSOCIATION; DIAMOND RESORTS, LLC; and DOES 1-50, Inclusive, | |
| 27          Defendants. | |

NOTICE OF REMOVAL

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Diamond Resorts Hawaii Collection Development, LLC ("Diamond Hawaii"), removes the above-captioned action to the United States District Court for the Southern District of California on the following grounds:

**I.  Introduction**

1. On October 10, 2019, Ana B. Garcia ("Garcia"), commenced an action in the Superior Court of the State of California, County of Los Angeles by filing a complaint styled Ana B. Garcia v. Apollo Global Management, Inc, et al., Case No. 19CV36299.

2. Through the complaint, Garcia seeks an award of damages, attorney's fees and costs.

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders received by Diamond are attached as Exhibit A.

**II.  The Parties Are Diverse**

4. Garcia alleges she is a resident of California. See Compl. ¶ 1.

5. Diamond Hawaii, which is a limited liability company, has a sole member, Diamond Resorts Developer and Sales Holding Company.

6. Diamond Resorts Developer and Sales Holding Company is a Delaware corporation, with its principal place of business in Nevada.

7. As a result, for the purposes of diversity jurisdiction, the removing defendant is a resident of Delaware and Nevada.

8. Further, upon information and belief, the other served defendant Diamond Resorts Hawaii Collection Members Association ("Diamond Association"), is a resident of Delaware and Nevada.

9. Undersigned counsel asserts, pursuant to Rule 11 of the Federal Rules of Civil Procedure, that Diamond Association consents to the removal.

10. The parties therefore are diverse. See 28 U.S.C. §§ 1332(a), 1441(b)(2).

### III. The Amount in Controversy Exceeds $75,000

11. Garcia's complaint seeks to adjudicate rights and obligations relating to a contract Garcia entered into for a timeshare and also seeks recompense under state statutes for alleged wrongful or malicious conduct. See Compl. ¶¶ 19, 23

12. Based on the allegations, Garcia claims Diamond Collection's conduct cost Garcia at least $25,000 in general damages. Id. ¶ 23.

13. Garcia also seeks punitive damages in excess of $150,000. Id. at ¶ 23.

14. Based on the allegations enumerated by Garcia in the complaint, the amount in controversy exceeds $75,000.

### IV. The Procedural Requirements for Removal Are Satisfied

15. This Notice of Removal is timely, as a removal can be filed prior to service of the defendants. See Monfort v. Adomani, Inc., No. 18-CV-05211-LHK, 2019 U.S. Dist. LEXIS 4230, at *11 (N.D. Cal. Jan. 8, 2019).

16. The Central District of California is the proper district court for removal because the Superior Court of the State of California for the County of Los Angeles is located within the United States District Court for the Central District of California.

17. Diamond is concurrently filing a copy of this Notice of Removal of Action with the Superior Court of the State of California for the County of Los Angeles. Diamond will concurrently serve Garcia with copies of this Notice of Removal and the Notice filed in the Action.

| | | |
|---|---|---|
| 1 | Dated: November 27, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | BALLARD SPAHR LLP |
| 4 | | |
| 5 | | By: *s/ Nicholas M. Gross*_____<br>Nicholas M. Gross (SBN 285403)<br>grossn@ballardspahr.com |
| 6 | | Ballard Spahr LLP<br>2029 Century Park East, Suite 800 |
| 7 | | Los Angeles, CA 90067-2909 |
| 8 | | |
| 9 | | *Attorneys for Defendant* |

**PROOF OF SERVICE**

I am a resident of the State of California over the age of eighteen years, and not a party to the within action. My business address is **BALLARD SPAHR LLP**, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909. On November 27, 2019, I served the within documents:

**NOTICE OF REMOVAL;**

**DISCLOSURE STATEMENT; and**

**NOTICE OF REMOVAL (STATE COURT),**

☐ **BY FAX**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ **BY MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY E-MAIL**: by attaching an electronic copy of the document(s) listed above to the e-mail address listed below.

☐ **BY OVERNIGHT MAIL**: by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY**:

Ana B. Garcia                              Plaintiff Pro Se
2462 Lennox Street
Pomona, California   91767
323.572.7268

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 27th day of November, 2019.

_____
Debra A. Smith