

# United States District Court
### Central District of California
## Office of the Clerk

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 3, 2020

*CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles*

**MAR 09, 2020**

Sherri R. Carter, Executive Officer/Clerk
By Paul R. Cruz, Deputy

Los Angeles County Superior Court
111 North Hill Street
Los Angeles, CA 90012

Re:  Case Number: _____2:19-cv-10168-GW-E X_____
     Previously Superior Court Case No. _____19STCV36299_____
     Case Name: _____Ana Garcia v. Appollo Global Management, Inc. et al_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____03/02/2020_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

*FILED
CLERK, U.S. DISTRICT COURT
MAR 18 2020
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY*

Respectfully,

Clerk, U.S. District Court

By: _/s/ Margo Mead_
    Deputy Clerk
    margo_mead@cacd.uscourts.gov

Encls.
cc: Counsel of record

---

Receipt is acknowledged of the documents described above.

_3/9/2020_
Date

Clerk, Superior Court

**PAUL CRUZ**

By: _____
    Deputy Clerk

CV-103 (05/18)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)